IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01206-WYD-KLM

MELISSA MCGAHEY,

    Plaintiff,

v.

AURORA MEDIA GROUP,

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and /or segregation of privileged and/or protected information before production.

| MARK S. BOVE, P.C. | FORTIS LAW PARTNERS, LLC |
|---|---|
| s/ Mark S. Bove | s/ Kevin J. Burns |
| Mark S. Bove | Kevin J. Burns |
| Mark S. Bove, P.C. | Fortis Law Partners, LLC |
| 730 17th Street, Suite 635 | 1900 Wazee Street, Suite 300 |
| Denver, CO 80202 | Denver, CO 80202 |
| msbove@aol.com | kburns@fortislawpartners.com |

**SO ORDERED**

Dated: October 21, 2015

Hon. Kristen L. Mix
United States Magistrate Judge