IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01206-WYD-KLM

MELISSA MCGAHEY,

    Plaintiff,

v.

AURORA MEDIA GROUP, a Colorado limited liability company,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#13] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#13-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: October 22, 2015