IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1206-WYD-KLM

MELISSA MCGAHEY,

    Plaintiff,

v.

AURORA MEDIA GROUP,

    Defendant.

_____

**ORDER**
_____

On April 18, 2016, Plaintiff and Defendant jointly filed a Stipulation for Dismissal with Prejudice (ECF No. 25), indicating that the parties would bear their own fees and costs.

The Stipulation for Dismissal With Prejudice (ECF No. 25) is hereby **APPROVED**. All claims against Defendant in this matter are **dismissed with prejudice**, and the parties shall bear their own fees and costs.   The Clerk of the Court is directed to close the case.

Dated:   April 20, 2016.

                                      BY THE COURT:


                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE